THE UNION COTTON MANUFACTORY *against* LOBDELL AND ANOTHER.

*A count in debt on simple contract, may be joined in the same declaration with a count in debt on a judgment, although the pleas are different. Causes of action, which admit of the same plea, and of the same judgment, may be joined in the same declaration.*

THIS was an action of debt. The declaration contained several counts: 1. On a judgment recovered in this court by the plaintiffs against the defendants; and, 2. Counts for goods sold, money lent and advanced to, and money paid, laid out, and expended for, the defendants, and money had and received. To this declaration there was a general demurrer, and joinder in demurrer.

*Cady*, in support of the demurrer. He cited 1 *Chitty Pl.* 197.

*Henry*, contra. He cited *Gilb. Hist. C. P.* 6, 7. 1 *Chitty*
*Pl.* 197.

*Per Curiam.* The rule is *invariable*, that causes of action, which admit of the *same plea* and the *same judgment*, may be joined; but the converse of this proposition is not invariably true. Debt on specialty, or debt on judgment, may be joined with debt on simple contract, although they require different pleas. (1 *Chit. Plead.* 197.   2 *Saund.* 117. *note* 2.)

Judgment for the plaintiffs.